UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

DAVE SHUTTLE AND BARBARA SHUTTLE, :
on behalf of themselves and :
all others similarly situated, :      **CASE NO.:**
                                                           :      **8:30-cv-2515-**
                       Plaintiffs, :      **T-26-MAP**
  :
       - against - :
  :
ARNIE GELLER, GERALD COUTURE, and :
RMS TITANIC, INC., :
  :
                     Defendants. :

---

## **STIPULATION AND ORDER**

WHEREAS, Gerald Couture was a named defendant in the within action;

WHEREAS, Gerald Couture passed away in July 2005.

WHEREAS, Steven Couture is the Executor of the Estate of Gerald Couture; and

WHEREAS, Robert W. McFarland, Esq. and McGuire Woods LLP shall represent the Executor of the Estate of Gerald Couture;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that Steven Couture, as executor of Gerald Couture's estate, is substituted for Gerald Couture as a defendant in this action; and

IT IS FURTHER STIPULATED AND AGREED, that the caption in this action shall be amended to reflect this substitution, and read as follows: "Steven Couture, Executor of the Estate of Gerald Couture."

Dated: Tampa, Florida
       October __, 2005

Case 8:03-cv-02515-RAL   Document 83   Filed 10/18/05   Page 2 of 2 PageID 1108

2

| | |
|---|---|
| BALES & SUMMERS, P.A. | MCGUIRE WOODS, LLP |
| By      s/Richard M. Bales, Jr. <br> Richard M. Bales, Jr. <br> 2 S. Biscayne Boulevard <br> Suite 1881 <br> Miami, Florida 33131 <br> Attorneys for Plaintiffs | By     s/Bryan S. Gowdy <br> Bryan S. Gowdy <br> Bank of America Tower <br> 50 North Laura Street, Suite 3300 <br> Jacksonville, FL 32202 <br> Attorneys for Defendants Geller and Steven Couture, Executor of the Estate of Gerald Couture |

WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.

By      s/V. Stephen Cohen
       V. Stephen Cohen
201 North Franklin Street, Suite 2600
Tampa, FL 33602
Attorneys for RMS Titanic, Inc.

                              SO ORDERED:

                              _____
                              United States District Judge