**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DAVID SHUTTLE and BARBARA SHUTTLE,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,
v.                                                            CASE NO: 8:03-cv-2515-T-26MAP

ARNIE GELLER, GERALD COUTURE, and
RMS TITANTIC, INC.,

    Defendants.
_____/

## **O R D E R**

Upon due consideration of the parties' written and oral submissions, and based on the oral findings and conclusions announced by the Court on the record at the fairness hearing held in this case this day in accord with <u>Bennett v. Behring Corp.</u>, 737 F. 2d 982 (11th Cir. 1984), it is ordered and adjudged as follows:

1) The settlement agreement found at Exhibit A to Docket 87, including the payment of $300,000.00 in settlement of all attorney fees and costs to class counsel, Storch Amini & Munves PC, is approved in full and made a part of this order for all purposes.

2) The Court will retain jurisdiction in this case to enforce the terms of the agreement.

3) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on February 2, 2006.

                                                   s/
                                       **RICHARD A. LAZZARA
                                       UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record